## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT case 22CV3608 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 22CV3608 shall be vacated and that case number 22CV3608 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this    8th    day of August 2022.